UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:23CR 00010 BSM |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. §§ 841(a)(1), & 841(b)(1)(A) |
| CURTIS CLIFTON and | ) | 18 U.S.C. § 924(c)(1)(A) |
| AMELIA PITTAWAY | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 922(e) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about March 4, 2022, in the Eastern District of Arkansas, the defendants,

CURTIS CLIFTON, and AMELIA PITTAWAY,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT 2

On or about March 4, 2022, in the Eastern District of Arkansas, the defendant,

CURTIS CLIFTON,

knowingly and intentionally possessed a firearm, that is: a Smith and Wesson, 9mm handgun, bearing serial number HKF3814, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, 841(a)(1), as set forth in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

1

## COUNT 3

On or about March 4, 2022, in the Eastern District of Arkansas, the defendant,

AMELIA PITTAWAY,

knowingly and intentionally possessed a firearm, that is: a Smith and Wesson, .44 magnum revolver, bearing serial number AZD0017, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, 841(a)(1), as set forth in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 4

A.  On or about March 4, 2022, the defendant,

CURTIS CLIFTON,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year, including at least three previous convictions for offense committed on occasions different from one another:

1. Theft of Property, in Mississippi County, Arkansas, Circuit Court in Case Number 47OCR-00-161;

2. Forgery in the Second degree (two counts), in Mississippi County, Arkansas, Circuit Court in Case Number 47OCR-03-223;

3. Possession of Drug Paraphernalia, in Mississippi County, Arkansas, Circuit Court in Case Number 47OCR-03-239;

4. Manufacture, Deliver, or Possessing with the Intent to Manufacture or Deliver over 200 grams of methamphetamine, in Mississippi County, Arkansas, Circuit Court in Case Number 47OCR-08-145;

5. Forgery in the Second Degree, in Greene County, Arkansas, Circuit Court

in Case Number 28CR-08-455;

6. Possession of Drug Paraphernalia, in St. Francis County, Arkansas, Circuit Court in Case Number 62CR-07-98;

7. Commercial Burglary, in Mississippi County, Arkansas, Circuit Court in 47BCR-13-251;

8. Theft of Property, in Mississippi County, Arkansas, Circuity Court in Case Number 47BCR-14-291; and

9. Possession of Methamphetamine with the Purpose to Deliver, Possession of Paraphernalia to Manufacture Methamphetamine and Possession of Drug Paraphernalia, in Craighead County, Arkansas, Circuit Court in Case Number 16LCR-12-72.

B. On or about March 4, 2022, in the Eastern District of Arkansas, the defendant,

CURTIS CLIFTON,

knowingly possessed, in and affecting commerce, a firearm, that is: a Smith and Wesson, 9mm handgun, bearing serial number HKF3814, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT 5

A. On or about March 4, 2022, the defendant,

AMELIA PITTAWAY,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Possession of Drug Paraphernalia, in Baxter Count, Arkansas, Circuit Court in Case Number 03CR-17-18;

2. Possession of Drug Paraphernalia, in Baxter Count, Arkansas, Circuit Court in Case Number 03CR-17-202;

3. Possession of Methamphetamine, in Baxter County, Arkansas, Circuit Court in Case Number 03CR-17-311;

4. Possession of Methamphetamine and Possession of Drug Paraphernalia, in Baxter County, Arkansas, Circuit Court in Case Number 03CR-17-415;

5. Possession of Methamphetamine and Possession of Drug Paraphernalia, in Baxter County, Arkansas, Circuit Court in Case Number 03CR-18-296;

6. Possession of Methamphetamine, in Baxter County, Arkansas, Circuit Court in Case Number 03CR-19-447; and

7. Forgery in the First Degree, in Baxter County, Arkansas, Circuit Court in Case Number 03CR-20-401.

B. On or about March 2, 2022, in the Eastern District of Arkansas, the defendant,

AMELIA PITTAWAY,

knowingly possessed, in and affecting commerce, a firearm, that is: a Smith and Wesson, .44 magnum revolver, bearing serial number AZD0017, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION 1**

Upon conviction of Count 1 of this Indictment, the defendants, CURTIS CLIFTON and AMELIA PITTAWAY, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1 of this Indictment, the defendants, CURTIS CLIFTON and AMELIA PITTAWAY, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2, 3, 4 or 5 of this Indictment, the defendants, CURTIS CLIFTON and AMELIA PITTAWAY, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]